AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AIMEE MORRISON,

                    Plaintiff,

v.

JOE BRANCATO and OSWEGO
COUNTY,

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00667-APG-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is in favor of Defendants Joe Brancato and Oswego County, and against Plainitff Aimee Morrison.

9/21/2021
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ Y. Williams
_____
Deputy Clerk